## City of Chicago, Appellee, v. Robert Pearl, Appellant.

### Gen. No. 24,325.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. J. A. SWANSON, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed March 25, 1918.

### Statement of the Case.

Prosecution by the City of Chicago, plaintiff, against Robert Pearl, defendant, for violation of an ordinance. Defendant was convicted, and, appealing, failed to file the record at the proper term. Appellee docketed the cause, filed a short record and moved to affirm the judgment of the Municipal Court.

Judgment affirmed for reasons given in *City of Chicago v. Salmitsky, ante,* p. 159.

No appearance for appellant.

HARRY B. MILLER and DANIEL WEBSTER, for appellee.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.